UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER  :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :

-----------------------------------------------------------------X

MARIAN WRONKOWSKI (AND WIFE,  :  08-CV-02738-AKH
DANUTA WRONKOWSKI),  :
    :  **APPEARANCE**
            Plaintiffs,  :
    :
    - against -  :  **ELECTRONICALLY FILED**
    :
110 CHURCH, LLC, *et al.*,  :
    :
            Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       June 30, 2008

                          By:     /s/ Judith R. Cohen
                          _____
                          Judith R. Cohen (JC-8614)
                          1177 Avenue of the Americas
                          New York, New York 10036
                          Phone: (212) 277-6500
                          Fax: (212) 277-6501

                          *Attorney for Defendants*
                          MERRILL LYNCH & CO., INC. and
                          222 BROADWAY, LLC

DOCSNY-314418