Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
IN RE WORLD TRADE CENTER LOWER         :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
                                                           :
                                                           :
-----------------------------------------------------------X
MARIAN WRONKOWSKI (AND WIFE,           :  08-CV-02738-AKH
DANUTA WRONKOWSKI),                    :
                                                           :  **NOTICE OF ADOPTION**
                              Plaintiffs,  :  **OF ANSWER**
                                                           :  **TO MASTER COMPLAINT**
       - against -                                  :  **BY MERRILL LYNCH**
                                                           :  **AND 222 BROADWAY**
110 CHURCH, LLC, *et al.*,                  :
                                                           :  **ELECTRONICALLY FILED**
                              Defendants.  :
-----------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendants Merrill Lynch & Co., Inc. ("Merrill Lynch") and 222 Broadway, LLC ("222 Broadway"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their respective Answers to Master Complaint, both dated August 3, 2007, which were filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

2

WHEREFORE, Merrill Lynch and 222 Broadway demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      June 30, 2008

DICKSTEIN SHAPIRO LLP

By:  /s/ Judith R. Cohen
_____
Robert J. Higgins (RH-6477)
Judith R. Cohen (JC-8614)
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 277-6500
Fax: (212) 277-6501

*Attorneys for Defendants*
MERRILL LYNCH & CO., INC. and
222 BROADWAY, LLC