Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS BANK, LTD. and AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

MARIAN WRONKOWSKI (AND WIFE,                 Index No.:  08-CV-2738
DANUTA WRONKOWSKI)

                                             **NOTICE OF ADOPTION OF ANSWER**
                          Plaintiff(s),      **TO MASTER COMPLAINT**

        -against-                            **ELECTRONICALLY FILED**

110 CHURCH LLC, *et al.*,

                          Defendant(s).
-------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendants, AMERICAN EXPRESS COMPANY,

AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED

SERVICES COMPANY, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for

their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint)

Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer

to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re World Trade*

*Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, the defendants, AMERICAN EXPRESS COMPANY, AMERICAN

EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES

COMPANY, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
      July 8, 2008

                                  Yours etc.,

                                  McGIVNEY & KLUGER, P.C.
                                  Attorneys for Defendants
                                  AMERICAN EXPRESS COMPANY, AMERICAN
                                  EXPRESS BANK, LTD and AMERICAN
                                  EXPRESS TRAVEL RELATED SERVICES
                                  COMPANY, INC.

                                  By: _____
                                       Richard E. Leff (RL-2123)
                                      80 Broad Street, 23rd Floor
                                  New York, New York 10004
                                  (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel