Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN
COMMERCIAL PAPER INC. and LEHMAN
BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    21 MC 102 (AKH)

MARIAN WRONKOWSKI (AND WIFE,         Index No.: 08-CV-2738
DANUTA WRONKOWSKI),
                                     **NOTICE OF ADOPTION OF ANSWER**
                    Plaintiff(s),    **TO MASTER COMPLAINT**

   -against-                         **ELECTRONICALLY FILED**

110 CHURCH LLC, *et. al.*,

                    Defendant(s).
-----------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
　　　　May 22, 2008

　　　　　　　　　　　　　　　　　Yours etc.,

　　　　　　　　　　　　　　　　　McGIVNEY & KLUGER, P.C.
　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　LEHMAN BROTHERS INC., LEHMAN
　　　　　　　　　　　　　　　　　COMMERCIAL PAPER INC. and LEHMAN
　　　　　　　　　　　　　　　　　BROTHERS HOLDINGS INC.

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Richard E. Leff (RL-2123)
　　　　　　　　　　　　　　　　　　　80 Broad Street, 23rd Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　(212) 509-3456

TO:　　WORBY GRONER & NAPOLI BERN, LLP
　　　　Plaintiffs Liaison
　　　　In Re Lower Manhattan Disaster Site
　　　　Litigation
　　　　115 Broadway, 12th Floor
　　　　New York, New York 10006
　　　　(212) 267-3700

　　　　All Defense Counsel

2