RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
110 CHURCH, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE:<br>LOWER MANHATTAN DISASTER SITE<br>LITIGATION (21 MC 102) | Case No.: 1:21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| MARIAN WRONKOWSKI (AND WIFE, DANUTA<br>WRONKOWSKI), | Docket No.: 08 CV 2738 |
| Plaintiffs, | **NOTICE OF ADOPTION<br>OF ANSWER TO** |
| -against- | **MASTER COMPLAINT** |
| 110 CHURCH LLC, et al., | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendant 110 CHURCH, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant 110 CHURCH, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and

for such other and further relief as this court deems just and proper.

Dated: New York, New York
      May 21, 2008

                                      RUBIN, FIORELLA & FRIEDMAN LLP

By: _____
Leila Cardo (LC-8359)
*Attorneys for Defendant*
110 CHURCH, LLC
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381
File No. 344-6879